PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Derek Ryan Jackson | Case Number: 4:99CR00292-001 |
| Name of Sentencing Judge: | The Honorable Nancy F. Atlas | |
| Date of Original Sentence: | January 8, 2001 | |
| Original Offense: | Count 1: Possession with intent to distribute fifty grams or more of cocaine base; 21 U.S.C. 841(a)(1),(b)(1)(A)(iii)<br>Count 2: Distribution of fifty grams or more of cocaine base; 21 U.S.C. 841(a)(1),(b)(1)(A)(iii)<br>Count 3: Possession with intent to distribute fifty grams or more of cocaine base; 21 U.S. C. 841(a)(1),(b)(1)(A)(iii)<br>Count 4: Distribution of fifty grams or more of cocaine base; 21 U.S.C. 841(a)(1),(b)(1)(A)(iii) | |
| Original Sentence: | 108 months imprisonment on each counts 1,2,3,4, to run concurrent followed by 5 years supervised release; $400 special assessment. Special conditions: participate in an alcohol/drug treatment program | |
| Type of Supervision: | Supervised Release | Supervision Started: May 16, 2006 |

### EARLIER COURT ACTION

NONE

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **LAW VIOLATION(MANDATORY CONDITION):** May 18, 2008, Mr. Jackson was arrested by Houston Police Department, Houston, Texas, Harris County for the offense of Driving While Intoxicated, in violation on of Texas Penal Code 49.04. Mr. Jackson has posted a $1,000 bond and the case is set for July, 11, 2008, in the Criminal Court at Law No. 10, Harris County, Houston, Texas. |

Derek Jackson
Page 2

**U.S. Probation Officer Action:**

Pending the final disposition of the new state charge, Mr. Jackson has been referred to an alcohol/drug treatment program. It is respectfully recommended that the Court take no action at this time and reserves the right to consider this violation if further non-compliance behavior continues.

Approved:                                                          Respectfully submitted:

_____               by      _____
Kenneth W. , Supervising                                        Hilda Bryan
U.S. Probation Officer                                              U.S. Probation Officer
                                                                              June 20, 2008

Name of Offender: Derek Ryan Jackson
Case Number: 4:99CR00292-01
Page Number: 3

[X]  Court Concurs with Recommended Action

[ ]  Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other:

_____
Nancy F. Atlas
U. S. District Judge

June 24, 2008
_____
Date